THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC. and AMAZON
WEB SERVICES, INC.,

        Plaintiffs,

    vs.

UNILOC USA, INC. and
UNILOC LUXEMBOURG S.A.,
        Defendants

Case No. 17-cv-01307-JLR

~~[PROPOSED~~ ORDER] GRANTING
EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO
THE COMPLAINT

Pursuant to stipulation between the parties, the Defendants' response to the Complaint in

(Dkt. # 7)

this action must be filed and served no later than November 3, 2017.

DATED this **4th** day of October 2017

HONORABLE James L. Robart
UNITED STATES DISTRICT JUDGE

Proposed Order
17-cv-01307-JLR

Presented by:


*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone:  (206) 436-0900
Fax:  (866) 341-5140
phil@mannlawgroup.com

Attorney for Defendants Uniloc USA, Inc.
and Uniloc Luxembourg S.A.

Mann Law Group
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: 206.436.8500