THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs, <br> vs. <br><br> UNILOC USA, INC. and UNILOC LUXEMBOURG S.A., <br> Defendants | Case No. 17-cv-01307-JLR <br><br> [~~PROPOSED~~ ORDER] GRANTING EXTENSION OF TIME TO FILE COMBINED JOINT STATUS REPORT AND DISCOVERY PLAN |

(Dkt. #16)

Pursuant to stipulation between the parties, the Combined Joint Status Report And Discovery Plan must be filed no later than December 1, 2017.

DATED this 17th day of October 2017

HONORABLE James L. Robart
UNITED STATES DISTRICT JUDGE

Proposed Order
17-cv-01307-JLR

MANN LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: 206.436.8500

Presented by:

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group**
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: (206) 436-0900
Fax: (866) 341-5140
phil@mannlawgroup.com

Attorney for Defendants Uniloc USA, Inc.
and Uniloc Luxembourg S.A.

Proposed Order
17-cv-01307-JLR

Mann Law Group
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Phone: 206.436.8500