|    |                                                                 |
|----|-----------------------------------------------------------------|
|    | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE |

| AMAZON.COM, INC., et al., | CASE NO. C17-1307JLR |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| UNILOC USA, INC., et al., | |
| Defendants. | |

Based on Federal Rule of Civil Procedure 16(b)(2), Local Rule 16(a), the pending motion to dismiss, transfer, or stay (Dkt # 18), and the pending motion to transfer in *Uniloc USA, Inc. et al. v. RingCentral, Inc.*, No. 2-17-cv-00354 (E.D. Tex.), the court finds good cause to delay issuing an Order Regarding Initial Disclosures and Joint

//

//

//

Status Report until further order of the court. *See* Fed. R. Civ. P. 16(b)(2); Local Rules W.D. Wash. LCR 16(a).

Dated this 8th day of December, 2017.

_____
JAMES L. ROBART
United States District Judge