UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>UNILOC USA, INC., et al.,<br><br>     Defendants. | CASE NO. C17-1307JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On October 19, 2017, Defendants Uniloc USA, Inc. and Uniloc Luxembourg, S.A. (collectively, "Defendants") filed a motion to dismiss, transfer, or stay in this court because of a similar case filed in the Eastern District of Texas. (*See* MTD (Dkt. # 18) at 1-3 (citing *Uniloc USA, Inc., et al. v. RingCentral, Inc.*, No. 2-17-cv-00354 (E.D. Tex.)).) In light of Defendants' motion and a pending motion to transfer in the Eastern District of Texas case, the court delayed issuing an order regarding initial disclosures and a joint

status report. (12/8/17 Order (Dkt. # 27) (citing Fed R. Civ. P. 16(b)(2) and Local Rules W.D. Wash. LCR 16(a)).) On February 5, 2018, Defendants filed a motion to stay pending the inter-parts review of the patents-in-suit. (MTS (Dkt. # 29).) Defendants' motion to stay is noted for Friday, March 2, 2018. (*Id.* at 1.) The court therefore DIRECTS the Clerk to RE-NOTE the motion to dismiss, transfer, or stay (Dkt. # 18) for Friday, March 2, 2018, to coincide with the court's consideration of Defendants' motion to stay (Dkt. # 29).

Filed and entered this 12th day of February, 2018.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk