UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br> Defendants. | No. C17-1307 (JLR) <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO STAY AND NOTICE OF SETTLEMENT |

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement. The Motion is GRANTED. All deadlines in the instant cases are hereby stayed for 30 days, up to and including March 4, 2019.

Dated this 3rd day of February 2019.

Hon. James L. Robart

-4-

JOINT MOTION TO STAY AND
NOTICE OF SETTLEMENT
(C17-1307JLR)