UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC. and AMAZON WEB SERVICES, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>UNILOC USA, INC. and UNILOC LUXEMBOURG, S.A., <br><br>Defendants. | No. C17-1307 (JLR) <br><br>[PROPOSED] ORDER OF DISMISSAL |

The Court has considered Amazon and Uniloc's Joint Motion for Entry of Stipulation of Dismissal and is of the opinion that the Stipulation should be APPROVED. Accordingly, it is ORDERED that:

1. Any and all claims by Amazon against Uniloc are dismissed without prejudice.

2. Amazon and Uniloc shall each bear their own attorney's fees, expenses, and costs.

3. All other relief requested between Amazon and Uniloc should be denied as moot.

Dated this 21st day of February 2019.

_____
Hon. James L. Robart

ORDER OF DISMISSAL
(C17-1307JLR)
-1-